TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00701-CV






In re Michael H. Zimmerman







ORIGINAL PROCEEDING FROM TRAVIS COUNTY






M E M O R A N D U M O P I N I O N




 Relator Michael H. Zimmerman filed a petition for writ of mandamus and request for
emergency relief. See Tex. R. App. P. 52.10. The request for emergency relief is overruled and the
petition for writ of mandamus is denied. See id. 52.8(a).



 __________________________________________

 W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith


Filed: December 8, 2003